```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 06 B 05866
   ANTHONY L WOMACK
   MICHELLE WOMACK                            CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER
           Debtor
   SSN XXX-XX-6569      SSN XXX-XX-6132

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 05/22/2006 and was confirmed 08/02/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 12/08/2008.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                             PAID         PAID
--------------------------------------------------------------------------------
GATEWAY CHEVROLET          SECURED            2000.00          .00       2000.00
NATIONAL LOAN INVESTORS    SECURED             100.00          .00        100.00
NATIONAL LOAN INVESTORS    UNSEC W/INTER NOT FILED             .00            .00
HSBC AUTO FINANCE          SECURED            2000.00          .00       2000.00
DEUTSCHE BANK NATIONAL     CURRENT MORTG          .00          .00            .00
DEUTSCHE BANK NATIONAL     MORTGAGE ARRE     6000.00           .00       6000.00
CAPITAL ONE                UNSEC W/INTER      529.71         81.82        529.71
COMMONWEALTH EDISON        UNSEC W/INTER NOT FILED             .00            .00
IL DEPT OF EMPLOYMENT SE   UNSEC W/INTER     1219.84        188.39       1219.84
NICOR GAS                  UNSEC W/INTER     2041.26        269.30       2041.26
PROFESSIONAL ANESTHESIA    UNSEC W/INTER NOT FILED             .00            .00
AT & T BANKRUPCTY          UNSEC W/INTER NOT FILED             .00            .00
SPRINT-NEXTEL CORP         UNSEC W/INTER      258.97         41.36        258.97
T MOBILE                   UNSEC W/INTER      221.99         34.69        221.99
WEST SUBURBAN PHYSICIANS   UNSEC W/INTER NOT FILED             .00            .00
Z TEL COMMUNICATIONS       UNSEC W/INTER NOT FILED             .00            .00
DEUTSCHE BANK NATIONAL T   NOTICE ONLY   NOT FILED             .00            .00
NICOR GAS                  SECURED NOT I    4210.45            .00            .00
OCWEN FEDERAL BANK         NOTICE ONLY   NOT FILED             .00            .00
FELD & KORRUB LLC          DEBTOR ATTY      2,500.00                    2,500.00
TOM VAUGHN                 TRUSTEE                                      1,181.59
DEBTOR REFUND              REFUND                                       1,096.84

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                19,765.76

PRIORITY                                              .00
SECURED                                         10,100.00
UNSECURED                                        4,271.77

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 05866 ANTHONY L WOMACK & MICHELLE WOMACK
```

```
      INTEREST                                               615.56
ADMINISTRATIVE                                             2,500.00
TRUSTEE COMPENSATION                                       1,181.59
DEBTOR REFUND                                              1,096.84
                                 ---------------      ---------------
TOTALS                                 19,765.76            19,765.76
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
   Dated: 03/05/09              _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```